1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8 OAKLAND DIVISION
9

| | |
|---|---|
| 10 SIONE FAKALATA, | Case No: C 10-00370 SBA (pr) |
| 11      Petitioner, | **JUDGMENT** |
| 12    vs. | |
| 13 LARRY SMALL, Warden, | |
| 14      Respondent. | |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: March 15, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SIONE FAKALATA,

       Plaintiff,

 v.

LARRY SMALL et al,

       Defendant.
                                    /

                                    Case Number: CV10-00370 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sione Fakalata F-57505
Calipatria State Prison (CSP-CAL)
P.O. Box 5005
Calipatria, CA 92233

Dated: March 21, 2013
                                     Richard W. Wieking, Clerk

                                            By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Fakalata10-370-JUDGMENT.docx